# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMUNDO JOSE MENDEZ, JR., <br><br>Petitioner, <br><br>v. <br><br>WARDEN, FCI-MENDOTA, <br><br>Respondent. | Case No. 1:25-cv-0716 JLT SKO (HC) <br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE <br><br>(Doc. 8) |

Reymundo Jose Mendez, Jr., is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The magistrate judge performed a preliminary review of the petition and observed "Petitioner concedes he has not attempted to exhaust administrative remedies." (Doc. 8 at 3.) The magistrate judge found that although Petitioner believed exhaustion was futile, "the exhaustion requirement should not be excused in this case because Petitioner has deliberately bypassed the administrative scheme, and permitting the petition to go forward would only encourage further deliberate bypass of the administrative process." (*Id.*) The magistrate judge explained, "Petitioner's broad assertion that the BOP generally acts arbitrarily to ignore governing statutes is not a sufficient or founded reason to bypass administrative review." (*Id.*)

Petitioner filed timely objections to the Findings and Recommendations. (Doc. 11 at 1.) He again acknowledges that he did not exhaust his administrative remedies and indicates an intent

to exhaust his administrative remedies "to [his] best ability." (*Id.*)  Thus, Petitioner does not dispute the legal findings of the magistrate judge.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, including Petitioner's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 13, 2025 (Doc. 8) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to enter judgment and close the case.
4. In the event a notice of appeal is filed, no certificate of appealability is required.[1]

IT IS SO ORDERED.

Dated:   **June 27, 2025**

*(signature)*
UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability will not be required because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).